Torbensen Gear and Axle Company, Appellant, v. Lippard-Stewart Motor Car Company, Respondent.— Judgment affirmed, with costs. All concurred.

James T. Arroll, Respondent, v. Buffalo, Lockport and Rochester Railway Company, Appellant.— Judgment and order affirmed, with costs. All concurred, except Robson and Merrell, JJ., who dissented upon the ground that the verdict is against the weight of the evidence, and upon the further ground that the court committed reversible error in permitting the plaintiff to testify under defendant's objection that the defendant's claim agent, Hoenig, called upon him after the accident.

Laura D. Dunston, Respondent, v. International Railway Company, Appellant.— Judgment affirmed, with costs. All concurred.

Mary Dankowski, as Administratrix, etc., Respondent, v. International Railway Company, Appellant.— Judgment and order affirmed, with costs. All concurred.

Louise Trautmann, by Louis Trautmann, Her Guardian ad Litem, Respondent, v. International Railway Company and Crosstown Street Railway Company of Buffalo, Appellants.— Judgment and order reversed and new trial granted, with costs to appellant to abide event. Held, (1) that the verdict of the jury is against the weight of the evidence on the question of defendant's negligence; (2) that in view of the law of the case as charged by the court, it was error to refuse to charge as requested, " that the motorman cannot be found guilty of negligence in increasing the speed of the car unless he knew, or should have known, that the plaintiff was in a position of danger." All concurred.

John McLaughlin, Suing on Behalf of Himself and Other Stockholders of The Glenside Woolen Mills, Respondent, v. Theodore W. Specht, Appellant, and Another, Defendant, Individually and as Surviving Partners, etc., and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements. All concurred.